AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aldisert, Ruggero J. | Third Circuit | 08/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Santa Babara
CA 93105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/13 | Nat'l Institute of Trial Advocacy (Publication Royalties) | $5,398.00 |
| 2. 12/31/13 | West Services Inc. (Publication Royalties) | $2,429.00 |
| 3. 12/31/13 | Carolina Academic Press (Publication Royalties) | $2,512.00 |
| 4. 12/31/13 | AuthorHouse (Publication Royalties) | $395.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Union Bank Bank & Trust Co. | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | M | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. MUTUAL FUNDS | | | | | | | | | |
| 6. The Aldisert Revocable Trust | | | | | | | | | |
| 7. Alger Capital Appreciaton Class A | B | Dividend | L | T | | | | | |
| 8. Delaware Small Cap Fund Class A | B | Interest | K | T | | | | | |
| 9. First Eagle Fund of America Class A | C | Dividend | K | T | | | | | |
| 10. First Eagle Overseas Fund Class A | C | Dividend | L | T | | | | | |
| 11. Franklin Floating RT Daily Access CLA | A | Dividend | K | T | Buy | 05/23/13 | J | | |
| 12. Gabelli Asset Fund AAA | C | Dividend | L | T | | | | | |
| 13. Inv Int Term Muni Income Fund CL A | A | Dividend | | | Sold | 03/12/13 | K | | |
| 14. Invsco Tax Free Intermediate CL A | A | Dividend | K | T | Buy | 03/12/13 | K | | |
| 15. Invesco Tax Free Intermediate CL A | A | Dividend | | | Sold | 05/23/13 | K | | |
| 16. IVY Science & Tech Fd. | A | Dividend | K | T | | | | | |
| 17. JP Morgan US Equity A | D | Dividend | L | T | Sold (part) | 07/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   MFS Value A (USA) | A | Dividend | K | T | | | | | |
| 19.   Royce Total Return FD Investment CL | B | Dividend | K | T | | | | | |
| 20.   Alliance Bernstein Hi Income Muni Port A | A | Dividend | | | Buy | 05/23/13 | J | | |
| 21.   Alliance Bernstein Hi Income Muni Port A | A | Interest | | | Sold | 10/17/13 | J | | |
| 22.   AllianceBer Muni INC CA CL A | A | Dividend | | | Sold | 10/17/13 | L | | |
| 23.   American Funds Tax Exempt CA F | A | Dividend | K | T | | | | | |
| 24.   Lord Abbett Short Duration Income CL A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 25.   Nationwide Highmark CA INT TAX FREE BD A | A | Dividend | L | T | Buy | 10/17/13 | L | | |
| 26.   Pimco Emerging Local Bond Fund CL A | A | Dividend | J | T | | | | | |
| 27.   Pimco Invest Grade Corp Bond CL A | A | Interest | J | T | Sold (part) | 02/05/13 | J | A | |
| 28.   Templeton Global Bond Class A | A | Dividend | K | T | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31.   ▮▮▮▮▮▮ IRA | | | | | | | | | |
| 32.   JP Morgan US Equity Fund Class C | A | Dividend | J | T | Sold (part) | 11/18/13 | J | A | |
| 33.   MFS Moderate Allocation CL C | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. Delaware Small Cap Value Class C | B | Dividend | J | T | | | | | |
| 38. First Eagle Fund of America Class C | A | Dividend | J | T | | | | | |
| 39. First Eagle Overseas Class C | A | Dividend | J | T | | | | | |
| 40. JP Morgan US Equity Fund Class C | A | Dividend | J | T | | | | | |
| 41. Neuberger Berman Real Estate Fund | A | Dividend | J | | Buy | | | | |
| 42. Neuberger Berman RE Bal Sh Fd | B | Dividend | | | | | | | |
| 43. Pimco Real Return Class C | A | Dividend | | | Sold | 06/25/13 | J | | |
| 44. | A | Dividend | | | Buy | | | | |
| 45. PIMCO Commodity RealReturn Strat C | A | Dividend | | | Sold | 07/02/13 | J | | |
| 46. JP Morgan Strategic Income Oppor Class C | A | Dividend | | | Buy | 12/06/13 | | | |
| 47. Templeton Global Bond Class C | B | Dividend | | | | | | | |
| 48. JP Morgan Core Bond Fund Class C | A | Dividend | | | Sold | 12/10/13 | J | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Amount Code 1 (A-H) | Income Type (e.g., div., rent, or int.) | C Value Code 2 (J-P) | Value Method Code 3 (Q-W) | D Type (e.g., buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. First Eagle US Value C12 | A | Dividend | J | T | | | | | |
| 53. JP Morgan US Equity Fund Class C | A | Dividend | J | T | | | | | |
| 54. MFS Value Class C | A | Dividend | J | T | | | | | |
| 55. Neuberger Berman Real Estate Fund C | A | Dividend | J | T | | | | | |
| 56. Neuberger Berman Risk Balanced Comm Strat C | A | Dividend | | | Buy | 10/18/13 | J | | |
| 57. PIMCO Commodity Real Return Strat C | A | Dividend | | | Sell | 10/30/13 | J | | |
| 58. | | | | | | | | | |
| 59. COMMON STOCKS | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 62. Bank of New York Mellon Corp | A | Dividend | K | T | | | | | |
| 63. General Electric | A | Dividend | K | T | | | | | |
| 64. Schlumberger LTD Antilles | A | Dividend | J | T | | | | | |
| 65. Apple, Inc. | A | Dividend | L | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. MONEY MARKET FUNDS | | | | | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Aldisert, Ruggero J. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Fidelity Muni Money Market | A | Interest | L | T | | | | | |
| 70. | Fed Fund Select Shares | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | | |
| 72. | | | | | | | | | | |
| 73. | LIFE INSURANCE POLICIES | | | | | | | | | |
| 74. | Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 75. | Transarmerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 76. | Penn Mutuial Whole Life | A | Dividend | J | T | | | | | |
| 77. | | | | | | | | | | |
| 78. | | | | | | | | | | |
| 79. | MIP Investment Club | | | | | | | | | |
| 80. | Akami Tech | A | Dividend | | | Buy | 03/07/13 | J | | |
| 81. | Akami Tech | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 82. | Apple Inc | A | Dividend | K | T | | | | | |
| 83. | Bank of America Corp | A | Dividend | J | T | Buy (add'l) | 04/18/13 | J | | |
| 84. | Cheveron Corp New | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 85. | Corning Inc | A | Dividend | | | Buy | 04/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Corning Inc | A | Dividend | | | Sold | 05/17/13 | J | C | |
| 87. | Cummins Inc | A | Dividend | J | T | | | | | |
| 88. | Deckers Outdoor | A | Dividend | | | Sold | 05/23/13 | J | | |
| 89. | Disney Walt Co | A | Dividend | J | T | Buy | 09/26/13 | J | | |
| 90. | Dreyfus S & P 500 Index Fund | A | Dividend | J | T | | | | | |
| 91. | Fidelity Corporate Bond | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 92. | Kinder Morgan Energy | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 93. | Kinder Morgan Energy | A | Dividend | | | Buy (add'l) | 10/18/13 | J | | |
| 94. | General Electric Co | A | Dividend | J | T | Buy (add'l) | 09/13/13 | J | | |
| 95. | McDonald Corp | A | Dividend | | | Sold | 03/07/13 | J | | |
| 96. | Microsoft Corp | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 97. | Novo-Nordisk | A | Dividend | J | T | | | | | |
| 98. | Paneral Bread Co. | A | Dividend | | | Sold | 10/03/13 | J | B | |
| 99. | Schlumberger Limited | A | Dividend | | | Sold | 05/16/13 | J | A | |
| 100. | Dow Chemcial | A | Dividend | | | Sold | 02/28/13 | J | | |
| 101. | Qualcom | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 102. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 08/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note the the sold date for Dow Chemcial has been amended to 02/28/13.
Please note that gain codes have been added to Panera Bread, Microsoft Corp and Corning.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruggero J. Aldisert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544